**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) SCOTT MABREY and JULEE MABREY, Individually and as Co-Trustees of THE SCOTT AND JULEE MABREY FAMILY REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> (2) UPONOR, INC., a foreign corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 24-cv-00108-SH <br><br> Tulsa County District Court <br> Case No. CJ-2024-00582 |

## PLAINTIFF'S MOTION FOR SCHEDULING CONFERENCE

Pursuant to LCvR16-2 of the United States District Court for the Northern District of Oklahoma Local Rules, Plaintiffs Scott Mabrey and Julee Mabrey, Individually and as Co-Trustees of the Scott and Julee Mabrey Family Revocable Trust, ("Plaintiffs"), request that the Court enter a Settlement Conference Order in this case. In support of this motion, Plaintiffs assert the following:

1. This is a products liability action that was originally filed in Tulsa County District Court on February 13, 2024, and removed to this Court.

2. There has been no action in this case since May 2, 2024, when the Court entered a minute order finding good cause for delay in issuing a scheduling order due to pending motions to compel arbitration and to remand.

3. Plaintiffs believe a settlement conference might result in resolution of the dispute.

4. Under LCvR16-2(b), the Court may, on the request of any of the parties, schedule a settlement conference at any practicable time.

5. This Motion is provided in order to facilitate settlement at as early a stage of

1

litigation as possible. *See* Moore's *Federal Practice* 16.17; 6 Wright & Miller, *Federal Practice and Procedure: Civil* § 1522 (1971).

6.      Plaintiffs asked counsel for Defendant Uponor, Inc. last week if Uponor wished to join in the motion, but no response has been received.

7.      The parties state that this Motion is in compliance with the Local Rules of this Court.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and set this case for a settlement conference.

Respectfully submitted,

s/ Scott V. Morgan
Scott V. Morgan, OBA # 30183
Moyers Martin, LLP
401 S. Boston Ave., Ste. 1100
Tulsa, OK 74103
Phone: (918) 582-5281
Fax: (918) 585-8318
Email: svm@moyersmartin.com
**ATTORNEY FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of June, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

J. Mark McAlester @ jmmcalester@fentonlaw.com