**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.     SCOTT MABRY and JULEE MABRY, Individually and as Co-Trustees of THE SCOTT AND JULEE MABREY FAMILY REVOCABLE TRUST, | ) ) ) ) | |
|                    Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 24-cv-00108-SHE-SH |
| 2.     UPONOR, INC., a foreign corporation, | ) ) ) | |
|                    Defendant. | ) | |

**DEFENDANT UPONOR, INC.'S RESPONSE TO
PLAINTIFFS' MOTION FOR SCHEDULING CONFERENCE**

COMES NOW, Defendant, Uponor, Inc. ("Uponor"), and, in compliance the Court's Minute Order dated June 11, 2025, responds to Plaintiffs' Motion for Scheduling Conference [Doc. No. 15] as follows:

Uponor does not object to the setting of a deadline for completion of formal settlement efforts by the Parties in an attempt to resolve the case. However, Uponor would request the Court schedule any such deadline at a date in the future that will permit the Parties sufficient time to explore informal settlement discussion in the interim, in an attempt to resolve the case without the costs associated with a Court ordered settlement process.

Uponor would further request that the Parties be ordered to participate in a private mediation of the case, rather than a Judicial Settlement Conference. In furtherance of this Response, Uponor hereby requests the Court enter an Order directing the Parties to agree

to a private mediator to serve as a mediator in the case by July 1, 2025, and that the Parties

schedule and complete private mediation of the case by August 31, 2025.

/s/ J. Mark McAlester
J. MARK McALESTER, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
E-mail: jmmcalester@fentonlaw.com
**ATTORNEYS FOR DEFENDANT,**
**UPONOR, INC.**

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 16th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Scott V. Morgan, Esq.
  MOYERS MARTIN LLP
  401 S. Boston Ave., Ste. 1100
  Tulsa, OK 74103
  **E-mail:** svmorgan@moyersmartin.com
  **ATTORNEYS FOR PLAINTIFF**


    /s/ J. Mark McAlester
    J. Mark McAlester

3