**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1)  SCOTT MABREY and JULEE MABREY, Individually and as Co-Trustees of THE SCOTT AND JULEE MABREY FAMILY REVOCABLE TRUST,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) | **Case No. 24-cv-00108-SH** |
| | ) | |
| **v.** | ) ) | **Tulsa County District Court** **Case No. CJ-2024-00582** |
| **(2)  UPONOR, INC., a foreign corporation,** | ) ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW, Plaintiffs, Scott Mabrey and Julee Mabrey, Individually and as Co-Trustees of the Scott and Julee Mabrey Family Revocable Trust, and Defendant, Uponor, Inc., by and through their attorneys of record, and request that the Court extend the time for the parties to file their stipulation of dismissal.  In support of this joint motion, the parties state as follows:

1.      On August 8, 2025, the parties advised the court that the above-styled lawsuit had settled.

2.      The court ordered the parties to file their stipulation of dismissal by August 22, 2025. [Doc. 24].

3.      The parties are fully cooperating with each other, but it has taken slightly longer than expected to complete the paperwork.

4.      The parties therefore request the Court grant the parties a three-week extension, to September 12, 2025, to file their stipulation of dismissal.

5.      This request is not being made to unnecessarily delay resolution of the case, but to give the parties adequate time to complete the dismissal.

1

For these reasons, Plaintiffs, Scott Mabrey and Julee Mabrey, Individually and as Co-Trustees of the Scott and Julee Mabrey Family Revocable Trust, and Defendant, Uponor, Inc., request that the Court extend the time for the parties to file their stipulation of dismissal until September 12, 2025.

Respectfully Submitted,

/s/Randy Lewin
Scott V. Morgan, OBA # 30183
Randy Lewin, OBA #16518
Benjamin N. Frizzell, OBA #34329
Moyers Martin, LLP
401 S. Boston Ave., Ste. 1100
Tulsa, OK 74103
Phone: (918) 582-5281
Fax: (918) 585-8318
Email: svm@moyersmartin.com
Email: rlewin@moyersmartin.com
Email: bfrizzell@moyersmartin.com
**ATTORNEYS FOR PLAINTIFFS**

and

/s/ J. Mark McAlester *with permission*
J. MARK McALESTER, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
Email: jmmcalester@fentonlaw.com
**ATTORNEY FOR DEFENDANT,
UPONOR, INC.**

2