**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SCOTT MABREY and JULEE MABREY, Individually and as Co-Trustees of THE SCOTT AND JULEE MABREY FAMILY REVOCABLE TRUST, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **Case No. 24-cv-00108-SH** ) |
| UPONOR, INC., a foreign corporation, | ) ) |
| Defendant. | ) ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff, Scott Mabrey and Julee Mabrey, Individually and as Co-Trustees of the Scott and Julee Mabrey Family Revocable Trust and Defendant, Uponor, Inc., by and through their attorneys of record, and pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) hereby stipulate to a dismissal of the above captioned action with prejudice. Each party shall bear their own attorney fees and costs.

Respectfully Submitted,

/s/Benjamin N. Frizzell
Scott V. Morgan, OBA # 30183
Randy Lewin, OBA #16518
Benjamin N. Frizzell, OBA #34329
Moyers Martin, LLP
401 S. Boston Ave., Ste. 1100
Tulsa, OK 74103
Phone: (918) 582-5281
Fax: (918) 585-8318
Email: svm@moyersmartin.com
Email: rlewin@moyersmartin.com
Email: bfrizzell@moyersmartin.com
**ATTORNEYS FOR PLAINTIFFS**

and

1

/s/ J. Mark McAlester
J. MARK McALESTER, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
Email: jmmcalester@fentonlaw.com
**ATTORNEY FOR DEFENDANT,
UPONOR, INC.**